■ In the Matter of the Construction of the last Will of ELLIS A. BARNES, Deceased.— Appeal dismissed for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHARLES TRUDEAU, Respondent.— Motion granted to prosecute appeal on original and five typed copies of judgment roll, original stenographic minutes of trial, five typed copies of appellant's and respondent's briefs and case added to May 1962 Calendar.

■ (A) WANDA WOZNIAK et al., Respondents, v. WILLIE DYCHOWSKI et al., Appellants. (Aug. 1, 1962.) (B) GEORGE DOXATER et al., Respondents, v. WILLIAM CORIN, Appellant. (July 2, 1962.) (C) VERLINE McMILLAN, Appellant, v. FRANK SCHERER et al., Respondents. (July 2, 1962.) (D) ANNA KLEIN et al., Plaintiffs, v. LEO S. BUKOWSKI, Defendant. LEO BUKOWSKI, Respondent, v. SAMUEL T. MACALUSO, JR., Appellant. (June 18, 1962.) (E) IRMA T. PETROSSI, Appellant, v. JACK GALVIN, Respondent. (July 2, 1962.) (F) WILLIAM F. REIBER, Respondent, v. WALTER F. ROBERTS, Appellant. (July 2, 1962.) (G) In the Matter of PAULINE FENU et al., Appellants, v. CLARENCE FOERTCH et al., Respondents, and GENEVIEVE R. RENAUD, Intervenor-Respondent. (Two cases.) (Aug. 9, 1962). (H) ERIKA ROBB et al., Respondents, v. CITY OF BUFFALO, Appellant. (Aug. 9, 1962.) — [In each case] Appeal dismissed unless records and briefs are filed and served on or before date indicated.

■ JACK LITTLE, Appellant, v. NOBILOUS LITTLE, Respondent.— Motion granted and appeal dismissed.

■ UNION NATIONAL BANK, Respondent, v. SIGNORE TOOL & DIE CO., INC., et al., Appellants, and BURRELL METAL PRODUCTS CORP., Respondent.— Motion granted to vacate order dismissing appeal and case set down for argument at September 1962 Term.

■ JAMES H. BURNS et al., Appellants, v. WARREN KNAPTON, Respondent.— Motion granted and appeal dismissed.

■ MARY DEMETRO, Respondent, v. JOHN D. DEMETRO, Appellant.— Motion granted to prosecute appeal on one typewritten record, typewritten briefs.

■ JOSEPH BARBATO, Respondent, v. IDA TUOSTO, as Administratrix, Appellant, and GABRIELE CANZANO, Respondent.— Appeal from judgment entered September 11, 1961 dismissed for failure to comply with previous order.

■ In the Matter of CLARENCE P. DE BUSE, as Administratrix of the Estate of GEORGE C. DE BUSE, Deceased.— Motion to prosecute appeal on original papers, typewritten briefs, and for other relief, denied.

■ In the Matter of OTTO W. WINTER, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion to vacate order dismissing appeal denied.

■ (A) In the Matter of MATHIAS MULLER et al., Doing Business under the Name of SOUTH COLUMBIA INN, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority. (B) In the Matter of ROY C. SCHOENHAAR et al., v. IRVING AIR CHUTE CO., INC., et al. (C) ELEONORE S. MACK v. ARTHUR W. MACK. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JERRY S. RUGER. (E) TOMLINSON CONSTRUCTION CO. LTD. v. STATE OF NEW YORK et al. (F) GENERAL ELECTRIC CO. v. LOUIS J. LEFKOWITZ, as Attorney-General, et al. (G) In the Matter of FRANK THEODORE, Petitioner, v. LIQUOR AUTHORITY OF THE STATE OF NEW YORK.— [In each action] Motion granted and case added to May 1962 Calendar.

■ (A) In the Matter of ALICE R. GAMMON v. CARL J. COSTANTINO, as Probation Director of Niagara County. (B) SCHOBER & SAVAGE CO., INC., v. DAVID ROSE et al. (C) In the Matter of CHESTER PISAREK et al. JOSEPH F.